Kevin H. Jang, A Law Corporation
Kevin H. Jang, Esq. (SB#276784)
3435 Wilshire Blvd. Suite #2300
Los Angeles, CA 90010
Telephone: (213) 221-1188
Facsimile: (213) 221-1184

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SUNGCHULL KIM TRUSTEE OF THE JAMES SUNGCHULL KIM TRUST,<br>　　*Plaintiff,*<br><br>vs.<br><br>JENNIFER PLUMMER, SUZANNA PARRA<br>　　*Defendants,* | Case No.: **8:23−cv−00652−CJC−ADSx**<br>Judge: Hon. Cormac J. Carney<br><br>Magistrate Judge: Hon. Autumn D. Spaeth<br><br>**DECLARATION OF JAMES SUNGCHULL KIM IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION FOR ORDER TO REMAND UNLAWFUL DETAINER TO STATE COURT**<br><br>Defendants didn't stipulate or oppose.<br><br>Date Ex Parte Filed: April 27, 2023<br><br>Hearing Date: No hearing date set for ex parte matters except by the Court<br><br>Hearing Time: Not Set<br><br>Complaint Filed: February 21, 2023<br><br>Notice of Removal Date: April 14, 2023 |

**DECLARATION OF JAMES SUNGCHULL KIM - 1**

# DECLARATION OF JAMES SUNGCHULL KIM

I, JAMES SUNGCHULL KIM, declare as follow:

1. I am Plaintiff in this action. I have personal knowledge of the matters set forth below, and, if necessary, can competently testify as to such matters.

2. I am the owner of the subject property, located at 18982 Northern Dancer Ln, Yorba Linda, CA 92886.

3. Exhibit A is a true and correct copy of the residential lease agreement entered into by and between Plaintiff and Defendant. It lists Defendants as occupants.

4. Plaintiff has lost substantial money as a result of Defendant's delaying tactics in the state court, both in terms of lost use, lack of marketability, and attorney fees.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this Declaration was executed on April 27, 2023, at Los Angeles, California.

By:   /s/ JAMES SUNGCHULL KIM____
        JAMES SUNGCHULL KIM